UNITED STATES BANKRUPTCY COURT
District of Arizona

In re: CNH Capital, Inc.  
68-0511314

Case No. 10-21808 GBN  
Chapter 11

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1. Pursuant to 11 U.S.C. §329(a), Bankruptcy Rule 2014 and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above mentioned debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

    For legal services, I have agreed to accept this case on an hourly fee basis as shown below, less retainer paid of $1,961.00.

    All time is billed as follows:
| | |
|---|---|
| Allan D. NewDelman | $365.00 per hour |
| Paralegal | $165.00 per hour |
| Associated Attorney | $290.00 per hour |

2. The source of compensation paid to me was paid by: $1,961.00 from Bella Bloom.

3. The source of compensation to be paid to me is by non-estate funds.

4. I have not agreed to share the above-disclosed compensation with any other person unless they are members or associated with my law firm.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:
    a) Analysis of the debtor's financial situation, and rendering advise and assistance to the debtor(s) in determining whether to file a petition under Title 11, United States Code;
    b) Preparation and filing of any petition, schedule, statement of affairs, and other documents required by the court;
    c) Representation of the debtor(s) at the meeting of creditors, confirmation hearing and any adjourned hearing thereof;
    d) Representation of the debtor in adversary proceedings and other contested bankruptcy matters;
    e) (Other provisions as needed)

    Subject to appropriate modification of the retainer agreement due to rate changes.

6. By agreement with the debtor(s) the above disclosed fee does not include the following services:
**None**

7. To the best of my knowledge, I am a "disinterested person" in the above Chapter 11 case, and I represent that I do not hold an interest adverse to the Estate in matter to which this firm is to be engaged.

8. To the best of my knowledge. I do not have any connection with the Debtor, its creditors, or any other parties in interest, their respective attorneys and accountants, the U.S. Trustee, or any person employed in the office of the U.S. Trustee.

## CERTIFICATION

      I certify that the foregoing is a complete statement of any agreement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

Dated: July 29, 2010                                    /s/ ALLAN D. NEWDELMAN 004066
                                                                               Allan D. NewDelman, Bar No. 004066
                                                                               ALLAN D. NEWDELMAN, P.C.
                                                                               Attorney for Debtor