**ORDERED ACCORDINGLY.**

Allan D. NewDelman (004066)
ALLAN D. NEWDELMAN, P.C.
80 East Columbus Avenue
Phoenix, Arizona 85012
Telephone: (602) 264-4550
Facsimile: (602) 277-0144
Email: ANEWDELMAN@QWESTOFFICE.NET
Attorney for Debtor

Dated: July 28, 2010

_____
**GEORGE B. NIELSEN, JR**
**U.S. Bankruptcy Judge**
_____

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF ARIZONA

| | |
|---|---|
| In re ) | In Proceeding Under |
| ) | Chapter 11 |
| CNH Capital, Inc. ) | |
| ) | Case No. 10-21808 GBN |
| ) | |
| ) | ORDER GRANTING MOTION FOR |
| ) | EXTENSION OF TIME TO FILE |
| ) | SCHEDULES AND STATEMENTS |
| ) | |
| Debtor. ) | |
| ) | |
| _____) | |

This matter comes before the Court on the Debtor's Motion for Extension to file its Schedules and Statements, good cause having been shown and the Court being otherwise sufficiently advised;

IT IS ORDERED that the Debtor's Motion is GRANTED and the Debtor is granted an additional 10 days, up to and including, August 7, 2010, in which to file its Schedules and Statements.

SIGNED AND DATED ABOVE

# CERTIFICATE OF NOTICE

```
District/off: 0970-2          User: stawarsk           Page 1 of 1              Date Rcvd: Jul 29, 2010
Case: 10-21808                Form ID: pdf003          Total Noticed: 1
```

The following entities were noticed by first class mail on Jul 31, 2010.
```
db              +CNH CAPITAL, INC.,    20837 N. 41ST AVENUE,    GLENDALE, AZ 85308-4720
```

The following entities were noticed by electronic transmission.
NONE.                                                                                          TOTAL: 0

         ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jul 31, 2010**                    **Signature:**      _Joseph Speetjens_