IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF ARIZONA

In Re: ) CHAPTER 11
)
CNH CAPITAL, INC., ) Case No. 2-10-21808-GBN
aka AMB, INC., )
) MINUTE SHEET FOR THE
) SECTION 341(a) MEETING
)
Debtor(s). ) DATE & TIME: 8/17/10 AT 9:30 A.M.
)

Debtor Present (✓) YES ( ) NO   PRESIDING OFFICER: PATTY CHAN

Debtor's Address: Same as petition

APPEARANCE BY ATTORNEY FOR DEBTOR: ALLAN NEWDELMAN    ✓ Yes ___ No

Anthony Bonanno, president + 100% owner PRESENT ON BEHALF OF DEBTOR

DEBTOR SWORN AND EXAMINED? (✓) YES ( ) NO

APPEARANCES:

| NAME | REPRESENT |
|---|---|
| 1. none | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

RELATED CASES: none

SCHEDULES FILED (✓) YES ( ) NO  IF NO, HAS ORDER BEEN ENTERED EXTENDING TIME? ( ) YES ( ) NO  IF NO, WHY HAVE SCHEDULES NOT BEEN FILED?

WHEN WILL SCHEDULES BE FILED? _____

(✓) Concluded     ( ) Continued to:

Date: _____
Time: _____
Location: _____

( ) Dismiss for Failure to Appear and/or for Failure to File Schedules

Case 2:10-bk-21808-GBN   Doc 19   Filed 08/25/10   Entered 08/25/10 11:22:54   Desc
Main Document     Page 1 of 1