Allan D. NewDelman, Esq, (004066)
ALLAN D. NEWDELMAN, P.C.
80 East Columbus Avenue
Phoenix, Arizona 85012
Telephone: (602) 264-4550
Facsimile: (602) 277-0144
Email: ANEWDELMAN@QWESTOFFICE.NET
Attorney for Debtor

UNITED STATES BANKRUPTCY COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| In re | In Proceeding Under Chapter 11 |
| CNH Capital, Inc. | Case No. 10-21808 GBN |
| Debtor | MOTION FOR EX PARTE ORDER ESTABLISHING BAR DATE FOR FILING OF CLAIMS MARKED AS DISPUTED |

Debtor, CNH Capital, Inc., by and through counsel, Allan D. NewDelman, P.C. hereby move the Court for an Order establishing a bar date for the filing of certain claims that the Debtor is listed as disputed in its Chapter 11 Plan of Reorganization . The disputed creditors must file a proof of claim in this Chapter 11 proceeding or be forever barred from receiving a dividend from the estate. Debtor believes that a bar date for the filing of proofs of claim should be set by the Court, said claims to be filed in no less than 30 days. Debtor believe that in order to successfully complete its Chapter 11 Plan of Reorganization, it will need to have the disputed creditors file proofs of claims.

WHEREFORE, it is respectfully requested that the Court set a bar date for the filing of proofs of claims for any disputed creditors for a period of no less than thirty (30) days.

DATED this 27th day of September, 2010.

                                      ALLAN D. NEWDELMAN, P.C.

                                      /s/ Allan D. NewDelman
                                      Allan D. NewDelman
                                      Attorney for Debtor

A copy of the foregoing mailed this 27th day of September, 2010, to:

Patty Chan, Esquire
U.S. Trustee's Office
230 North First Avenue
Suite 204
Phoenix, Arizona 85003


/s/ R. Scott Graves
R. Scott Graves
Paralegal