Allan D. NewDelman, Esq, (004066)
ALLAN D. NEWDELMAN, P.C.
80 East Columbus Avenue
Phoenix, Arizona 85012
Telephone: (602) 264-4550
Facsimile: (602) 277-0144
Email: ANEWDELMAN@QWESTOFFICE.NET
Attorney for Debtor

UNITED STATES BANKRUPTCY COURT

DISTRICT OF ARIZONA

| | | |
|---|---|---|
| In re | ) | In Proceeding Under Chapter 11 |
| CNH Capital, Inc. | ) | |
| | ) | Case No. 10-21808 GBN |
| | ) | |
| | ) | ORDER SETTING BAR DATE FOR FILING OF CLAIMS AGAINST DEBTOR BY DISPUTED CREDITORS |
| Debtor | ) | |
| | ) | |
| _____ | ) | |

TO ALL CREDITORS AND INTERESTED PARTIES:

PLEASE TAKE NOTICE that the Debtor in the above-captioned proceedings has filed a Motion for Order Establishing Bar Date for Filing of Disputed Claims and that any such Proofs of Claim must be filed with the Clerk of the United States Bankruptcy Court for the District of Arizona, 230 North First Avenue, Suite 101 Phoenix, Arizona 85012, with a copy to Debtor's counsel, Allan D. NewDelman, 80 East Columbus Avenue, Phoenix, Arizona 85012.

YOU ARE HEREBY NOTIFIED AND IT IS HAS BEEN HEREBY ORDERED that the Court has established the 1st day of November, 2010, as the last day to file, as the last day to file Proofs of Claim against the Estate or be forever barred from receiving a dividend in the Chapter 11 case.

YOU MUST FILE A PROOF OF CLAIM IN THE ABOVE CAPTIONED CHAPTER 11 PROCEEDING OR BE FOREVER BARRED FROM RECEIVING A DIVIDEND FROM THE ESTATE. Forms for the Proofs of Claim may be obtained from and must be filed with the Office of the Clerk of the United States Bankruptcy Court for the District of Arizona, 230 North First Avenue, Suite 101, Phoenix, AZ 85003.

IT IS FURTHER ORDERED that the Debtor shall immediately serve a conformed copy of this Notice on all disputed creditors who may have a claim against the estate.

SIGNED AND DATED ABOVE