| | |
|---|---|
| 1 | **LAW OFFICE OF**<br>**REX C. ANDERSON, P.C.** |
| 2 | Suite B111 – 471 |
| 3 | 15029 N. Thompson Peak Parkway<br>Scottsdale, Arizona 85260-2223 |
| 4 | Rex C. Anderson, Bar #13137<br>Telephone (888) 675-7809 |
| 5 | Facsimile (602) 296-0462<br>E-Mail Mail@RexAndersonLaw.com |
| 6 | Attorney for SFG Income Fund VI, LLC<br>File # 10-2576 |

### UNITED STATES BANKRUPTCY COURT
### DISTRICT OF ARIZONA

| | |
|---|---|
| In re<br>CNH CAPITAL, INC.,<br>　　　　　Debtor. | Case # 2:10-BK-21808-GBN<br><br>Chapter 11 Proceedings<br><br>**NOTICE OF APPEARANCE** |

　　　SFG Income Fund VI, LLC, a Washington limited liability company, a secured creditor in this bankruptcy proceeding, is represented by Rex C. Anderson. Request is hereby made for the following information to be added to the master mailing list, and that a copy of any notice in this case be sent to:

| | |
|---|---|
| Rex C. Anderson<br>Law Office of Rex C. Anderson, P.C.<br>Suite B111-471<br>15029 N Thompson Peak<br>Scottsdale, AZ 85260-2223 | SFG Income Fund VI, LLC<br>1239 120th Ave, NE, Suite I<br>Bellevue, WA 98005 |

　　　Dated October 14, 2010.

　　　　　　　　　　　　/s/ RCA 13137
　　　　　　　　　　　　Rex C. Anderson
　　　　　　　　　　　　Attorney for SFG Income Fund VI, LLC

Filed with US Bankruptcy Court via CM/ECF, and a copy mailed to:

Patty Chan, Trustee
Office of the United States Trustee
230 N. First Ave., #204
Phoenix, AZ 85003

Allan D. NewDelman
Allan D. NewDelman, PC
80 E. Columbus Ave.
Phoenix, AZ 85012
Attorney for DEBTOR

*** End of Mailing List ***

NOTICE OF APPEARANCE　　　　　PAGE 1　　　　　CASE # 2:10-BK-21808-GBN

Case 2:10-bk-21808-GBN    Doc 24    Filed 10/14/10    Entered 10/14/10 16:49:39    Desc
Main Document    Page 1 of 1