2

Of Counsel:
ASHFORD & WRISTON
A Limited Liability Law Partnership LLP


FILED

OCT 18 2010


UNITED STATES
BANKRUPTCY COURT
FOR THE DISTRICT OF ARIZONA

FRANCIS P. HOGAN    Hawaii Bar No. 2722-0
MIRANDA TSAI        Hawaii Bar No. 8308-0
Alii Place, Suite 1400
1099 Alakea Street
P.O. Box 131
Honolulu, Hawaii 96810
Telephone:  (808) 539-0400
Email:      fhogan@awlaw.com; mtsai@awlaw.com

Hawaii Attorneys for Secured Creditor
 SREI COTTAGE BIN 69, LLC

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re | ) CASE NO. 2-10-21808-GBN |
| | ) (Chapter 11) |
| CNH CAPITAL, INC. aka AMB, INC., | ) |
| | ) |
| Debtor. | ) |
| | ) |
| | ) |
| _____ | ) |

**REQUEST FOR NOTICE**

PLEASE TAKE NOTICE that, pursuant to Federal Bankruptcy Rules Rule

2002(g), the law firm of Ashford & Wriston A Limited Liability Law Partnership

LLP requests notice on behalf of creditor SREI COTTAGE BIN 69, LLC and

requests that all notices given or required to be given in this case and all papers

served or required to be served in this case be given to and served upon:

870035.01

1

FRANCIS P. HOGAN, ESQ.
MIRANDA TSAI, ESQ.
Ashford & Wriston LLP
1099 Alakea Street, Suite 1400
Honolulu, Hawaii 96813
Telephone No. (808) 539-0400
Telecopier No. (808) 533-4945
Email: fhogan@awlaw.com; mtsai@awlaw.com

DATED: Honolulu, Hawaii; October 14, 2010.

_____
FRANCIS P. HOGAN
MIRANDA TSAI
Attorneys for Secured Creditor
  SREI COTTAGE BIN 69, LLC

870035.01

2

10/19/2010