| | |
|---|---|
| 1 | Allan D. NewDelman, Esq. (004066) |
| 2 | ALLAN D. NEWDELMAN, P.C. |
|   | 80 East Columbus Avenue |
| 3 | Phoenix, Arizona 85012 |
|   | Telephone: (602) 264-4550 |
| 4 | Facsimile: (602) 277-0144 |
| 5 | Email: anewdelman@qwestoffice.net |
| 6 | Attorneys for Debtor |

IN THE UNITED STATES BANKRUPTCY COURT

IN AND FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| In re: | ) | In Proceedings Under |
|  | ) | Chapter 11 |
| CNH CAPITAL, INC., | ) |  |
|  | ) | Case No. 2-10-bk-21808 GBN |
| Debtor. | ) |  |
|  | ) | ANSWER TO MOTION FOR RELIEF |
| SFG INCOME FUND VI, LLC, its | ) | FROM THE AUTOMATIC STAY |
| successors or assigns, | ) |  |
|  | ) | Re: Real Property located at |
| Movant, | ) | 161 Wailea Ike Place #D-101 |
| v. | ) | Kihei, Hawaii |
|  | ) |  |
| CNH CAPITAL, INC., Debtor, | ) |  |
|  | ) |  |
| Respondent. | ) |  |
|  | ) |  |

Comes now the Debtor, CNH Capital, Inc., by and through counsel, Allan D. NewDelman, P.C., and for its response to the Motion for Relief from the Automatic Stay filed in this case state as follows:

/ / /

1. Debtor admits the allegations contained in Paragraph 1 of the Motion as the documents speak for themselves.

2. Debtor admits the allegations contained in Paragraph 2 of the Motion.

3. Debtor admits the allegations contained in Paragraph 3 of the Motion.

4. Debtor is without sufficient information or knowledge to either admit or deny the allegations contained in Paragraph 4 of the Motion and therefore deny the same.

5. Debtor denies the allegations contained in Paragraph 5 of the Motion.

6. Debtor is without sufficient information or knowledge to either admit or deny the allegations contained in Paragraph 6 of the Motion and therefore deny the same.

7. Debtor is without sufficient information or knowledge to either admit or deny the allegations contained in Paragraph 7 of the Motion and therefore deny the same.

8. Debtor denies the allegations contained in Paragraph 8 of the Motion and further alleges that the property, as a going concern, has a value of approximately $1,500,000.00.

9. Debtor denies the allegations contained in Paragraph 9 of the Motion.

10. Debtor denies the allegations contained in Paragraph 10 of the Motion and further alleges adequate protection shall be provided by a continuation of a Loan Modification and Forbearance Agreement (hereinafter "Forbearance Agreement") entered into between the parties on February 8, 2010. In connection therewith, Debtor will commence on November 15, 2010 a payment of $1,700.00 as a regular payment,

Case 2:10-bk-21808-GBN    Doc 27    Filed 10/28/10    Entered 10/28/10 14:49:26    Desc
Main Document    Page 2 of 3

plus the sum of $607.04 representing the missed payments from June 1, 2010, through October, 2010 (5 months x $1,700.00 equal $8,500.00). The Forbearance Agreement shall be extended to December 31, 2011. In addition thereto, Debtor shall pay SFG the sum of $2,000.00 per month to cover real estates taxes which will become due upon the subject property.

WHEREFORE, in answering the Motion, Debtor requests that the Motion be dismissed, that the Movant take nothing and that the Debtor recover all reasonable attorneys' fees and costs and such other relief which the Court finds just and reasonable.

DATED this 28th day of October, 2010.

ALLAN D. NEWDELMAN, P.C.

/s/ Allan D. NewDelman
Allan D. NewDelman
Attorney for Debtor

COPY of the foregoing was ECF filed
and mailed this 28th day of October, 2010.

Rex C. Anderson, Esq.
Law Offices of Rex C. Anderson, P.C.
15029 N. Thompson Peak Parkway
Scottsdale, Arizona 85260
Attorney for Movant

Patty Chan
Office of U.S. Trustee
230 N. First Avenue
Suite 204
Phoenix, Arizona 85003


 /s/ Carol M. Prieur
By: