FORM ndocelct

# UNITED STATES BANKRUPTCY COURT
District of Arizona

# NOTICE THAT COURT REQUIRES ALL DOCUMENTS TO BE ELECTRONICALLY FILED

CASE NAME: CNH CAPITAL, INC.
CASE NUMBER/ADVERSARY NUMBER: 2:10−bk−21808−GBN
DOCKET NUMBER: 32−33
DOCUMENT FILING DATE: 11/16/10
DOCUMENT TITLE: REQUEST FOR NOTICE AND CERTIFICATE OF SERVICE

TO: MARK BERNSTEIN

You have filed with the court a paper document that is subject to the court's requirement that all documents be electronically filed by the filing attorney or other party. The court's records show that you have either not filed a document in this court previously or have not filed one after the entry of the below general order and therefore, may not be aware of this requirement. Therefore, the court will accept this paper filing provided that future filings will be made by you electronically. **Further paper filings may be subject to rejection.**

Local Rule of Bankruptcy Procedure 5005−2, Electronic Court Filing System, requires that the following documents be electronically filed, and not filed on paper, by all attorneys, trustees and other stated persons.

1. All documents, in their entirety, filed by an attorney or trustee except for:
    a. Trial or Evidentiary Hearing Exhibits;

    b. Documents to be filed Under Seal; and

    c. Large Exhibits. In lieu of the electronic filing of complete exhibits/attachments, the filer may file a list of the exhibits or attachments with a summary of each item on the list. If such a list and summary are filed, complete copies of the exhibits/attachments shall be served on those parties entitled by the Federal Rules of Bankruptcy Procedure or the Local Rules of Bankruptcy Procedure to receive a copy. Notwithstanding the above, all exhibits to a disclosure statement, amended disclosure statement, plan or amended plan shall be electronically filed in their entirety.

2. Affidavits of service of process must be filed electronically either by the process server, who may obtain a limited use password to make these electronic filings, or by the attorney/trustee on whose behalf the service was made.

3. Applications for Compensation and/or Expenses, reports or other documents filed by a professional employed by a trustee or debtor− in−possession are required to be filed electronically. Any professional employed by a trustee or debtor who seeks court approval of their compensation and/or expenses, must electronically file the application or any other documents they prepare for filing, such as operating or other reports.

4. Rejection of Paper Filings. A pleading or other document presented for filing on paper in contravention to the requirements of this order is subject to rejection. Any such paper filing shall not be filed, but shall only be deemed lodged and will be referred to the bankruptcy judge. If the paper document is rejected for filing by the bankruptcy judge, such action shall be noted on the document and it shall be returned to the attorney or trustee without being entered on the docket.

− − − NOTICE CONTINUES ON NEXT PAGE − − −

To be able to file your documents electronically, you need to obtain an Electronic Case Filing (ECF) password. An ECF password application and other information about the ECF system are available at the bankruptcy court's website, www.azb.uscourts.gov. You may also call the ECF help line at 602–682–4900.

If you are not a member of the State Bar of Arizona and the District Court Bar for the United States District Court, District of Arizona, then you are required to apply for Limited Admission (pro hac vice) to appear before the Bankruptcy Court in this case.

**Date: November 17, 2010**

**Address of the Bankruptcy Clerk's Office:**
U.S. Bankruptcy Court, Arizona
230 North First Avenue, Suite 101
Phoenix, AZ 85003–1727
Telephone number: (602) 682–4000
www.azb.uscourts.gov

Clerk of the Bankruptcy Court:

**Brian D. Karth**