# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF ARIZONA

# Minute Entry

## Hearing Information:

|  |  |
|---|---|
| **Debtor:** | CNH CAPITAL, INC. |
| **Case Number:** | 2:10-bk-21808-GBN  **Chapter:** 11 |
| **Date / Time / Room:** | TUESDAY, NOVEMBER 16, 2010 09:30 AM   7TH FLOOR #702 |
| **Bankruptcy Judge:** | GEORGE B. NIELSEN |
| **Courtroom Clerk:** | JAN HERNANDEZ |
| **Reporter / ECR:** | JO-ANN STAWARSKI |

## Matter:

CHAPTER 11 STATUS HEARING.

**R / M #:**   1 / 0

## Appearances:

ALLAN D. NEWDELMAN, ATTORNEY FOR CNH CAPITAL, INC.

## Proceedings:

MR. NEWDELMAN PROVIDES AN UPDATE, ALONG WITH DISCUSSING THE ONLY STAY LIFT MOTION. IT IS NOTED THAT THEY ARE DOWN ON THE MONTHLY REPORTS.

THE COURT: A CONTINUED HEARING IS SET FOR JANUARY 18, 2011 AT 9:30 A.M.