LAW OFFICE OF
**REX C. ANDERSON, P.C.**
Suite B111 – 471
15029 N. Thompson Peak Parkway
Scottsdale, Arizona 85260-2223
Rex C. Anderson, Bar #13137
Telephone (888) 675-7809
Facsimile (602) 296-0462
E-Mail Mail@RexAndersonLaw.com
Attorney for SFG Income Fund VI, LLC, a
Washington limited liability company
File # 10-2576

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF ARIZONA

| | |
|---|---|
| In re CNH CAPITAL, INC.,<br>        Debtor. | Case # 2:10-bk-21808-GBN<br><br>Chapter 11 Proceedings |
| SFG INCOME FUND VI, LLC, A WASHINGTON LIMITED LIABILITY COMPANY, its successors or assigns,<br>        Movant,<br>v.<br><br>CNH CAPITAL, INC., Debtor,<br>        Respondent. | **NOTICE OF<br>PRELIMINARY HEARING<br>AND CERTIFICATE OF SERVICE**<br><br>Hearing Date: December 16, 2010<br>Hearing Time: 1:30 pm.<br>Location: Courtroom 702<br>US Bankruptcy Court<br>Phoenix Arizona |

### Notice of Hearing

NOTICE IS GIVEN that a PRELIMINARY HEARING on the MOTION FOR RELIEF FROM THE AUTOMATIC STAY, filed by SFG Income Fund VI, LLC, a Washington limited liability company will be held before the Honorable George B. Nielsen, Jr., United States Bankruptcy Judge at the date, time and place shown above.

Responsive pleadings must be filed seven calendar days before the hearing.

### Certificate of Service

I hereby certify that a copy of this Notice of Hearing were mailed on the date shown below to:

| | |
|---|---|
| Patty Chan<br>United States Trustee<br>230 N. First Ave., Suite 204,<br>Phoenix, AZ 85003-1706 | Allan D. NewDelman<br>80 E. Columbus Ave.<br>Phoenix, Arizona 85012<br>Attorney for CNH Capital, Inc. |

DATED November 24, 2010.
/s/ RCA 13137
Rex C. Anderson
Attorney for SFG Income Fund VI, LLC, a
Washington limited liability company

Filed with US Bankruptcy Court via CM/ECF.

Mailed as stated above.