# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF ARIZONA
# Minute Entry

## Hearing Information:

| | |
|---|---|
| **Debtor:** | CNH CAPITAL, INC. |
| **Case Number:** | 2:10-bk-21808-GBN     **Chapter:** 11 |
| **Date / Time / Room:** | THURSDAY, DECEMBER 16, 2010 01:30 PM   7TH FLOOR #702 |
| **Bankruptcy Judge:** | GEORGE B. NIELSEN |
| **Courtroom Clerk:** | JAN HERNANDEZ |
| **Reporter / ECR:** | JO-ANN STAWARSKI |

## Matter:

PRELIMINARY HEARING ON MOTION FOR RELIEF FROM STAY FILED BY SFG INCOME FUND VI, LLC. (161 Wailea Ike Place, #D-101, Kihei, Hawaii, and related personal property)

**R / M #:**   22 / 0

## Appearances:

ALLAN D. NEWDELMAN, ATTORNEY FOR CNH CAPITAL, INC.
REX C. ANDERSON, ATTORNEY FOR SFG INCOME FUND VI, LLC

## Proceedings:

COUNSEL INFORM THE COURT THAT THERE HAVE BEEN SOME SETTLEMENT DISCUSSIONS.

**THE COURT:  A CONTINUED HEARING WILL BE ADDED TO THE ALREADY SCHEDULED HEARING ON JANUARY 18, 2011 AT 9:30 A.M.**